*Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

# COMMONWEALTH of Pennsylvania, Appellant,

## v.

## James E. GILL, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

A. Sheldon Kovach, Media, for Commonwealth of Pennsylvania.

Joseph W. Chupein, Media, for James Gill.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Delaware County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

# COMMONWEALTH of Pennsylvania, Appellant

## v.

## Steven Richard FAULS, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

A. Sheldon Kovach, Media, George Michael Green, for Commonwealth of Pennsylvania.

Joseph Anthony Ratasiewicz, Media, for Steven Richard Fauls.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of. the Delaware County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Gerald E. WILSON, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

J. Karen Arnold, Bellefonte, for Commonwealth of Pennsylvania.

Joseph L. Amendola, State College, for Gerald E. Wilson.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Centre County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth*

---

*v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Glenn A. MURRAY, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided March 23, 2004.

Susan E. Moyer, Lancaster, for appellant.

Lyn R. Bailey, Barry Gene Goldman, Lancaster, for Glenn A. Murray.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).